Petition for Writ of
Mandamus Dismissed and Memorandum Opinion filed April 8, 2010.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00223-CV

____________

 

IN RE PRUDENCE DEGAIL BAILEY DANIELS, Relator

 

 

 



ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

 

 



MEMORANDUM
OPINION

            On March 12, 2010, Relator, Prudence Degail Bailey Daniels,
filed a petition for writ of mandamus in this Court.  See Tex. Gov’t
Code Ann §22.221 (Vernon 2004); see also Tex. R. App. P. 52.1. 

            On March 31, 2010, relator filed a motion to dismiss the
petition for writ of mandamus because the case had been settled.  Accordingly,
the petition for writ of mandamus is ordered dismissed.

                                                            PER
CURIAM

Panel
consists of Justices Yates, Seymore, and Brown.